AO 442

# United States District Court

FILED
U.S. DISTRICT COURT

2017 MAY -9 A 11: 24

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

DISTRICT OF UTAH, NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

**Kevin Dean Rasband**

## WARRANT FOR ARREST

CASE NUMBER: 1:17cr00027-001 DN

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **KEVIN DEAN RASBAND**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Credit Union Robbery; Using Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence**

in violation of __18 U.S.C. 2113(a); 18 U.S.C. 924(c)(1)(A)_____ United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 3, 2017 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Ruth K. Schriock
    Deputy Clerk

Bail fixed _____ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-17 | C. Nelson, OUSM | [signature] |
| DATE OF ARREST | | |
| 5-5-17 | | |