Phillip R. Shaw (#12383)
**ERICSON & SHAW, LLP**
15 South Main Street, Second Floor
Logan, UT 84321
Telephone: (435) 753-4775
phill@ericsonshaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH / CENTRAL DIVISOIN

| | |
|---|---|
| UNITED STATES OF AMERICA; <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN DEAN RASBAND; <br><br> Defendants, | **MOTION FOR SUPPRESSION OF EVIDENCE** <br><br> CASE NO: 1:17-cr-00027 <br><br> JUDGE: David Nuffer |

Defendant KEVIN DEAN RASBAND, by and through his counsel of record, Phillip R. Shaw, does hereby move to suppress all evidence derived from his interrogation at the Farmington Police Department on March 30, 2017.

## **STANDING**

Defendant has standing to challenge the evidence derived from his interrogation pursuant

to the Fifth Amendment of the Constitution of the United States.

## ISSUES PRESENTED

Defendant's motion will focus on whether Defendant's Fifth Amendment rights were violated after Defendant asserted his right to counsel and his right to remain silent during his interrogation by law enforcement on March 30. 2017 at the Farmington Police Department.

## REQUEST FOR HEARING

Defendant requests that this matter be set for an evidentiary hearing. Defendant further requests the opportunity to submit a memorandum of law after the evidentiary hearing in conformance with DUCRimR 12-1(d).

**DATED**: June 14, 2017						**ERICSON & SHAW, LLP**


												  /s/:Phillip R. Shaw
												Phillip R. Shaw
												*Attorney for Defendant Kevin Rasband*